NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1251

LAZARE KAPLAN INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

PHOTOSCRIBE TECHNOLOGIES, INC.
and DAVID BENDERLY,

Defendants-Appellees,

and

GEMOLOGICAL INSTITUTE OF AMERICA,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of New York in 06-CV-4005, Senior Judge Thomas P. Griesa.

ON MOTION

ORDER

The parties move jointly for (1) a 30-day extension of time, until September 30, 2009, for Lazare Kaplan International, Inc. to file its principal brief, (2) a 30-day extension of time, until December 14, 2009, for the appellees to file their briefs, and (3) for a 14-day extension of time, until January 14, 2010, for Lazare Kaplan to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 6 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:   Harold J. McElhinny, Esq.
      Ira J. Schaefer, Esq.
      John Allcock, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 6 2009

JAN HORBALY
CLERK